**Opinion issued June 5, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NO. 01-24-00811-CV**

—————————————

**AFFILIATED FREIGHT SUPPORT, LLC, Appellant**

**V.**

**CANFOR SOUTHERN PIPE, INC., Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1212138**

## MEMORANDUM OPINION

Appellant, Affiliated Freight Support, LLC, filed a notice of appeal from a September 16, 2024 trial court order. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b),

51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On November 15, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by December 16, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On November 18, 2024, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that it had paid or made arrangements to pay the fee for the preparation of the clerk's record by December 18, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.